# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**CITIMORTGAGE, INC.,**

      **Plaintiff,**

**v.**                                            **Case No:  6:13-cv-1768-Orl-36TBS**

**WILLIAM E. BUSSEY, JR. and**
**HOWARD RINGER,**

      **Defendants.**

_____

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Thomas B. Smith, filed on January 3, 2014 (Doc. 10).  In the Report and Recommendation, Magistrate Judge Smith recommends that Plaintiff CitiMortgage, Inc.'s ("Plaintiff") Motion to Remand (Doc. 6) be granted and that the case be remanded to the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida.  *See* Doc. 10.  No party has objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate Judge that Defendants William E. Bussey, Jr. and Howard Ringer's ("Defendants") removal of this action was procedurally deficient because Defendants failed to file a copy of the required state court documents with this Court and because the Notice of Removal was filed more than 30 days after this action first became removable.  *See* 28 U.S.C. § 1446(a), (b)(1), (b)(3).  As such, this action must be remanded to state court. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 10) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion to Remand (Doc. 6) is **GRANTED**.

3. Defendants' Motion for Leave to Proceed *In Forma Pauperis* (Doc. 4) is **DENIED**.

4. This case is **REMANDED** to the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida.

5. The Clerk is directed to transmit a certified copy of this Order to the Clerk of the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida. The Clerk is further directed to **CLOSE** this case and terminate all previously scheduled deadlines.

**DONE** and **ORDERED** in Orlando, Florida on January 24, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge Thomas B. Smith